IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mark Clifford Sykes,<br><br>        Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>        Defendant(s). | Case No.: 2:21-cv-01479-RFB-DJA<br><br>**NOTICE TO THE COURT** |

Comes now Plaintiff, **Mark Clifford Sykes**, above the age of 18, of the age of the majority, with the exercise of any and all of his natural reserved and retained secured rights hereby respectfully presents to this court a copy of the amended Summons and the Form USM-285 to be served against all the defendants to this case including the 2 defendants (Officer Smith and NCIC) that have been recently discovered after the filing of my amended complaint. I have included all 10 of the above referenced documents with this Notice. Dated this 3rd day of January 2022.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Mark-Clifford "Sykes*
Mark Clifford Sykes, "proper name" pursuant to **Title 18, sec. 1342**
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 702-986-1864

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Mark Clifford Sykes, Sui Juris<br><br>*Plaintiff(s)*<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:21-cv-01479-RFB-DJA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAS VEGAS METROPOLITAN POLICE DEPARTMENT of CLARK COUNTY NEVADA

400 S. Martin L. King Blvd.
Las Vega, Nevada, 89106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark Clifford Sykes
P.O. Box # 91614
Henderson, Nevada [89009]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Mark Clifford Sykes, Sui Juris | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 2:21-cv-01479-RFB-DJA |
| v. | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Crime Information Center
Criminal Justice Information Services (CJIS) Division
1000 Custer Hollow Road
Clarksburg, West Virginia 26306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark Clifford Sykes
P.O. Box # 91614
Henderson, Nevada [89009]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Mark Clifford Sykes, Sui Juris <br><br> *Plaintiff(s)* <br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:21-cv-01479-RFB-DJA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer S. Hunt badge numberP#17602

400 S. Martin L. King Blvd.
Las Vega, Nevada, 89106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark Clifford Sykes
P.O. Box # 91614
Henderson, Nevada [89009]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Mark Clifford Sykes, Sui Juris | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 2:21-cv-01479-RFB-DJA |
| v. | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Smith badge number P# 9643

400 S. Martin L. King Blvd.
Las Vega, Nevada, 89106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark Clifford Sykes
P.O. Box # 91614
Henderson, Nevada [89009]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Mark Clifford Sykes, Sui Juris <br><br> _Plaintiff(s)_ <br> v. <br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-01479-RFB-DJA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheriff Joseph Lombardo
400 S. Martin L. King Blvd.
Las Vega, Nevada, 89106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark Clifford Sykes
P.O. Box # 91614
Henderson, Nevada [89009]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Nelson L. Bruce, Propria Persona, Sui Juris | COURT CASE NUMBER<br>2:21-cv-01479-RFB-DJA |
| DEFENDANT<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT of CLARK COUNTY NEVADA, et al.: | TYPE OF PROCESS<br>Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sheriff Joseph Lombardo

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 S. Martin L. King Blvd. Las Vega, Nevada, 89106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Las Vegas Metropolitan Police Department
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m.

Signature of ~~Attorney~~ Plaintiff other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
Mark-Clifford:Sykes

TELEPHONE NUMBER: 702-986-1864
DATE: 01/03/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date   Time   ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mark Clifford Sykes, Propria Persona, Sui Juris | 2:21-cv-01479-RFB-DJA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT of CLARK COUNTY NEVADA, et al.; | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Smith badge number P# 9643
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
400 S. Martin L. King Blvd. Las Vega, Nevada, 89106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| Number of process to be served with this Form 285 | 5 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Las Vegas Metropolitan Police Department
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m.

Signature of ~~Attorney~~ Plaintiff other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Mark-Clifford-Sykes*
TELEPHONE NUMBER: 702-986-1864
DATE: 01/03/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mark Clifford Sykes, Propria Persona, Sui Juris | 2:21-cv-01479-RFB-DJA |
| DEFENDANT | TYPE OF PROCESS |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT of CLARK COUNTY NEVADA, et al.; | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICER S. Hunt P#17602
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
400 S. Martin L. King Blvd. Las Vega, Nevada, 89106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Las Vegas Metropolitan Police Department
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m.

Signature of ~~Attorney~~ Plaintiff other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 702-986-1864
DATE: 01/03/2022
/s/ Mark-Clifford: Sykes

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|
| | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mark Clifford Sykes, Propria Persona, Sui Juris | 2:21-cv-01479-RFB-DJA |
| DEFENDANT | TYPE OF PROCESS |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT of CLARK COUNTY NEVADA, et al.; | Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
National Crime Information Center Criminal Justice Information Services (CJIS) Division

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1000 Custer Hollow Road, Clarksburg, West Virginia 26306

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| Number of process to be served with this Form 285 | 5 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

email: ioau@fbi.gov
Hours of Service: 9:00 a.m. - 5:00 p.m.
Telephone: (304) 625-2000

Signature of ~~Attorney~~ Plaintiff other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

Mark-Clifford Sykes

TELEPHONE NUMBER: 702-986-1864

DATE: 01-03 2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mark Clifford Sykes, Propria Persona, Sui Juris | 2:21-cv-01479-RFB-DJA |
| DEFENDANT | TYPE OF PROCESS |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT of CLARK COUNTY NEVADA, et al.; | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Las Vegas Metropolitan Police Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 S. Martin L. King Blvd. Las Vega, Nevada, 89106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Las Vegas Metropolitan Police Department
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m.

Signature of ~~Attorney~~ Plaintiff other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Mark Clifford Sykes
TELEPHONE NUMBER: 702-986-1864
DATE: 01/03/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only if different than shown above*)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13