Record/FILE ON DEMAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

RECEIVED
ENTERED         SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 3 1 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| Mark Clifford Sykes,<br><br>                    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>                    Defendant(s). | Case No.: 2:21-cv-01479-RFB-DJA<br><br>**NOTICE TO THE COURT** |

Comes now Plaintiff, **Mark Clifford Sykes**, above the age of 18, of the age of the majority, with the exercise of any and all of his natural reserved and retained secured rights hereby respectfully presents to this court that on 12-20-2021, the U.S. Marshalls filed a notice which documented that they attempted to serve defendant S. Hunt and was unsuccessful for the reasons filed on the record with this filing which is Docketed as Dkt. No. 9 which is hereby incorporated by reference in its entirety therefore service has not been accomplished and defendant S. Hunt was not served. Dated this 31 st day of January 2022.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Mark-Clifford: Sykes*
Mark Clifford Sykes, "proper name" pursuant to **Title 18, sec. 1342**
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 702-986-1864