FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 3 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Record/FILE ON DEMAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mark Clifford Sykes,<br><br>          Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>          Defendant(s). | Case No.: 2:21-cv-01479-RFB-DJA<br><br>**MOTION FOR SERVICE ON UNSERVED DEFENDANTS** |

Comes now Plaintiff, **Mark Clifford Sykes**, above the age of 18, of the age of the majority, with the exercise of any and all of his natural reserved and retained secured rights hereby respectfully moves this court to have the U.S. Marshalls re-attempt to serve Defendant S. Hunt and to serve Defendant "Doe Sergeant" who has now been identified as "Officer Smith who has a badge number of P# 9643", and Defendant "Roe record keeping agency" who has been identified as the "National Crime Information Center (NCIC)" as the court has order these defendants can be served on 12-3-2021 (See...Dkt. No. 5, pg. 13). On 1-3-2022, Plaintiff filed a "Notice" with the court separating and correcting the summons for Hunt so that it corrects the issue of 2 parties being serviced under the same summons to allow service on the one party, Officer Hunt and provides the individuals and organization names of the other defendants ordered to be served so that they may be served (See...Dkt. No. 11 which is hereby incorporated by reference in its entirety). Dated this 31st day of January 2022.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Mark-Clifford: Sykes*

Mark Clifford Sykes, "proper name" pursuant to **Title 18, sec. 1342**
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 702-986-1864

Page 2|2