```
_____FILED        _____RECEIVED
_____ENTERED      _____SERVED ON
              COUNSEL/PARTIES OF RECORD

        FEB - 9 2022

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

I, **Mark-Clifford: Sykes** (Print Full Name), am representing myself and consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: 02/09/22

Signature: Mark-Clifford: Sykes

Email Address (Please print legibly):

Windsorsykes@yahoo.com

Confirm Email Address:

Windsorsykes@yahoo.com

Mailing Address:

PO Box 91614 Henderson, NV 89009

Telephone Number:

702 981-1864

Case Number(s):

21-cv-1479-RFB-DJA