AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

```
FILED          RECEIVED
ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD
        APR 0 3 2023
    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Mark Clifford Sykes,

      *Plaintiff(s)*

v.

Las Vegas Metropolitan Police Department, et al.,

      *Defendant(s)*

Civil Action No. 2:21-cv-01479-RFB-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Crime Information Center

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark Clifford Sykes
    P.O. Box 91614
    Henderson, NV 89009
    Email: windsorsykes@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 3/3/23

_____
*Signature of Clerk or Deputy Clerk*

Case 2:21-cv-01479-RFB-DJA   Document 25   Filed 04/03/23   Page 2 of 8
Case 2:21-cv-01479-RFB-DJA   Document 24   Filed 03/03/23   Page 8 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01479-RFB-DJA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NATIONAL CRIME INFO CENTER

was received by me on *(date)* 4/3/23 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because NO USM 285 RECEIVE FOR SERVICE ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/3/23

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080

[Print]  [Save As...]  [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action

____ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
____ COUNSEL/PARTIES OF RECORD

APR 03 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Mark Clifford Sykes,

*Plaintiff(s)*

v.

Las Vegas Metropolitan Police Department, et al.,

*Defendant(s)*

Civil Action No. 2:21-cv-01479-RFB-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LVMPD Officer S. Hunt P#17602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Clifford Sykes
P.O. Box 91614
Henderson, NV 89009
Email: windsorsykes@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 3/3/23

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01479-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HUNT P# 17602

was received by me on *(date)* 4/3/23.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  NO USM 285 RECEIVE FOR SERVICE   ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/3/23

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 03 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Mark Clifford Sykes, )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 2:21-cv-01479-RFB-DJA
)
Las Vegas Metropolitan Police Department, et al., )
)
)
_____ )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* LVMPD Officer Smith P#9643

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark Clifford Sykes
P.O. Box 91614
Henderson, NV 89009
Email: windsorsykes@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 3/3/23

_____
*Signature of Clerk or Deputy Clerk*

Case 2:21-cv-01479-RFB-DJA   Document 25   Filed 04/03/23   Page 6 of 8
Case 2:21-cv-01479-RFB-DJA   Document 24   Filed 03/03/23   Page 4 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01479-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SMITH P# 9643__

was received by me on *(date)* __4/3/23__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __NO USM 285 RECEIVE FOR SERVICE__ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/3/23__

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 03 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | | |
|---|---|---|
| Mark Clifford Sykes, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:21-cv-01479-RFB-DJA |
| Las Vegas Metropolitan Police Department, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Las Vegas Metropolitan Police Department

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark Clifford Sykes
    P.O. Box 91614
    Henderson, NV 89009
    Email: windsorsykes@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/3/23

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01479-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LVMPD

was received by me on *(date)* 4/3/23 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because NO USM 285 RECEIVED FOR SERVICE or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/3/23

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080

Print    Save As...    Reset