UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mark Clifford Sykes,<br><br>               Plaintiff,<br><br>    v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>               Defendants. | Case No. 2:21-cv-01479-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion "for an order directing the Clerk of Court to forward USM-285 forms, the summons, and the amended complaint to the U.S. Marshals for service of process on the defendants." (ECF No. 26). Plaintiff asserts that he "has already presented this court with USM-285 forms" and thus asks the Court to "reissue an order directing the U.S. Marshals to re[-]serve the defendants…" But it is Plaintiff's responsibility—not this Court's—to send the USM-285 forms to the U.S. Marshal. *See* (ECF No. 23 at 9) (explaining that "Plaintiff must provide USM-285 forms to the U.S. Marshal."). The Court thus denies Plaintiff's motion.

The Court will, however, extend the deadline for Plaintiff to provide the USM-285 forms to the U.S. Marshal to May 16, 2023. The deadline for service shall remain May 31, 2023. (ECF No. 23 at 9). If Plaintiff seeks additional time for service, he must file the appropriate motion under Federal Rule of Civil Procedure 4(m).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 26) is **denied.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to deliver the four summonses issued (ECF No. 24), along with four copies of the complaint (ECF No. 22) to the U.S. Marshal for service.

      **IT IS FURTHER ORDERED** that Plaintiff must complete one USM-285 form for each Defendant and provide an address where each Defendant can be served with process. Once completed, Plaintiff must provide the USM-285 forms to the U.S. Marshal. Plaintiff shall have until **May 16, 2023** to furnish the U.S. Marshal with the required forms.

      **IT IS FURTHER ORDERED** that upon receipt of the issued summonses, the USM-285 forms, and the operative complaint—and pursuant to Federal Rule of Civil Procedure 4(c)(3)—the U.S. Marshal shall attempt service upon Defendants.

      **IT IS FURTHER ORDERED** that, within twenty days after receiving from the U.S. Marshal a copy of the form USM-285 showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the Defendants were served. If Plaintiff wishes to have service again attempted on an unserved Defendant, he must file a motion with the Court identifying the unserved Defendant and specifying a more detailed name and/or address for said Defendant or whether some other manner of service should be attempted.

DATED: April 26, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE