| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Mark Clifford Sykes, Propria Persona, Sui Juris | COURT CASE NUMBER<br>2:21-cv-01479-RFB-DJA |
|---|---|
| DEFENDANT<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT of CLARK COUNTY NEVADA, et al.; | TYPE OF PROCESS<br>Civil |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  National Crime Information Center Criminal Justice Information Services (CJIS) Division
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  1000 Custer Hollow Road, Clarksburg, West Virginia 26306

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mark Clifford Sykes,<br>c/o P.O. Box # 91614<br>Henderson, Nevada [89009] | Number of process to be served with this Form 285 | 5 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

email: ioau@fbi.gov
Hours of Service: 9:00 a.m. - 5:00 p.m.
Telephone: (304) 625-2000

| Signature of Attorney Plaintiff other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-986-1864 | DATE<br>01-03\2022 |
|---|---|---|---|
| *Mark Clifford Sykes* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1/4 | District of Origin<br>No. 048 | District to Serve<br>No. 089 | Signature of Authorized USMS Deputy or Clerk | Date<br>26 APR 23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (If not shown above)<br>PATSY T. SABATELLE  CJIS DIVISION/NCIC POLICY TOP:FM.Ops | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 5/4/2023  Time 11:06  ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>65 | Total Mileage Charges including endeavors)<br>24/15.72 | Forwarding Fee | Total Charges<br>80.72 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:  MILES: 12X2=24 =$15.72
1 DWSY                       =$80.72
TIME: 1 HOUR = $65

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Mark Clifford Sykes, <br><br> *Plaintiff(s)* <br> v. <br> Las Vegas Metropolitan Police Department, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-01479-RFB-DJA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Crime Information Center

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Mark Clifford Sykes
  P.O. Box 91614
  Henderson, NV 89009
  Email: windsorsykes@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 3/3/23

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01479-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NCIC
was received by me on *(date)* 5/3/2023.

☒ I personally served the summons on the individual at *(place)* 1000 CUSTER HOLLOW RD, CLARKSBURG, WV
VISITORS CENTER PATSY T. SABATELLI   on *(date)* 5/4/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 15.72 for travel and $ 65 for services, for a total of $ 80.72 / 0.00

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

*Server's signature*

GLENN BERE  DUSM
*Printed name and title*

500 W PIKE ST. CLARKSBURG, WV 26301
*Server's address*

Additional information regarding attempted service, etc:
U.S. Marshals Service

[Print]  [Save As...]  [Reset]