# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mark Clifford Sykes, | Case No. 2:21-cv-01479-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to extend the time for service. (ECF No. 34). Plaintiff explains that he recently learned that Defendant Officer Hunt is no longer employed with the Las Vegas Metropolitan Police Department ("LVMPD") and thus needs additional time to locate him for service. Plaintiff asks for an additional 90 days to complete service. The service deadline is set to end on May 31, 2023. (ECF No. 23 at 9).

Under Federal Rule of Civil Procedure 4(m), "if the plaintiff shows good cause for the failure [to serve a defendant within 90 days after the complaint is filed], the court must extend the time for service for an appropriate period." Here, Plaintiff has demonstrated good cause for being unable to serve Defendant Hunt within the 90 days allotted. As Plaintiff points out, Officer Hunt is no longer employed by the LVMPD and Plaintiff must attempt to locate him. Plaintiff is also proceeding *pro se.*

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 34) is **granted.** Plaintiff shall have until **August 28, 2023** to complete service.

DATED: May 30, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE