Record/FILE ON DEMAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| Mark Clifford Sykes, | Case No.: 2:21-cv-01479-RFB-DJA |
|---|---|
| Plaintiff(s), | |
| v. | **AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al., | |
| Defendant(s). | |

I, **Mark Clifford Sykes**, a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times, hereby declare under penalty of perjury that I have firsthand and personal knowledge of the following facts which are true and correct to the best of my knowledge information and belief:

1. I am the Plaintiff in this action;

2. An 2nd amended complaint was filed herein on 10-17-2022 (ECF No. 22) and service of process was had on defendant, National Crime Information Center (NCIC) on or about 5-3-2023 (See…ECF No. 32);

3. This service was completed by the **U.S. Marshalls** and filed on the record on 5-4-2023 (See…ECF No. 32);

4. More than twenty-one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as they had until 5-24-2023 to plead or otherwise defend as provided by Rule 55(a);

_____  06/06/23
Mark Clifford Sykes – Affiant           Date
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279

Page 1 | 2

Exhibit 1

## INVOICE:
## TOTAL SUM DUE AS PRESENTED IN PLAINTIFF'S 2nd AMENDED COMPLAINT

Invoice From:  Mark Clifford Sykes         Contact No. 725-254-0279
c/o P.O. Box 91614
Henderson, Nevada Republic, Zip Exempt [89009]

| INVOICE NO. | DATE |
|---|---|
| MCS06102023 | 6/10/2023 |

Invoice To:

National Crime Information Center
1000 Custer Hollow Road
Clarksburg, West Virginia 26306

| # | DESCRIPTION | COMMENT | TOTAL |
|---|---|---|---|
| 1 | Count II - DEFAMATION ("LIBEL") *NRS 200.510 (1) against National Crime Information Center* | Default (Sum claimed in 2nd Amended Complaint Paragraph 85) | $4,000,000 |
| | | Subtotal Due | $4,000,000 |

**Total amount sum due against National Crime Information Center:**            $4,000,000.00

*[signature: Mark Clifford Sykes]*

Mark Clifford Sykes
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279

_____  06/10/23
Mark Clifford Sykes- Affiant                Date
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279

Sworn to and subscribed before me this  10  day of June, 2023.

Elaine Lopez
Notary Public Print:

_____
Signature

> Notary Public - State Of Nevada
> COUNTY OF CLARK
> **ELAINE LOPEZ**
> My Appointment Expires
> April 28, 2026
> No. 22-2729-01

Commission Expires: April 28, 2026