**Record/FILE ON DEMAND**

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 13 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| Mark Clifford Sykes, | Case No.: 2:21-cv-01479-RFB-DJA |
|---|---|
| Plaintiff(s), | |
| v. | **AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT AGAINST NATIONAL CRIME INFORMATION CENTER (NCIC)** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al., | |
| Defendant(s). | |

I, **Mark Clifford Sykes**, the Plaintiff, a natural man in this matter being above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times, hereby declare under penalty of perjury that the following facts are true and correct to the best of my knowledge information and belief:

1. I am the Plaintiff in this action;

2. An 2nd amended complaint was filed herein on 10-17-2022 (ECF No. 22) and service of process was had on defendant, National Crime Information Center (NCIC) on or about 5-3-2023 (See…ECF No. 32);

3. This service was completed by the **U.S. Marshalls** and filed on the record on 5-4-2023 (See…ECF No. 32);

4. More than twenty-one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as they had until 5-24-2023 to plead or otherwise defend as provided by Rule 55(a);

5. The record evidences that National Crime Information Center is in default and have failed to appear, plead or otherwise defend in this action in the 21 days required to do so as they had until 5-24-2023;

6. The claims of the plaintiff against defendant, National Crime Information Center.is for a total sum certain of Four Million Dollars ($4,000,000) as specified in plaintiff's 2nd Amended Complaint paragraph 85 (See…ECF No. 22) and presented in invoice attached as **Exhibit 1**:

Sworn to and subscribed before me this __10__ day of June, 2023.

__Elaine Lopez__
Notary Public Print:

__[signature]__
Signature

> Notary Public - State Of Nevada
> COUNTY OF CLARK
> ELAINE LOPEZ
> My Appointment Expires
> April 28, 2026
> No. 22-2729-01

Commission Expires: __April 28, 2026__