Record/FILE ON DEMAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mark Clifford Sykes,<br><br>               Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>               Defendant(s). | Case No.: 2:21-cv-01479-RFB-DJA<br><br>**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT** |

I, **Mark Clifford Sykes**, a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times, hereby declare under penalty of perjury that I have firsthand and personal knowledge of the following facts which are true and correct to the best of my knowledge information and belief:

1. I am the Plaintiff in this action;

2. An 2nd amended complaint was filed herein on 10-17-2022 (ECF No. 22) and service of process was had on defendant, National Crime Information Center (NCIC) on or about 5-3-2023 (See...ECF No. 32);

3. This service was completed by the **U.S. Marshalls** and filed on the record on 5-4-2023 (See...ECF No. 32);

4. More than twenty-one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as they had until 5-24-2023 to plead or otherwise defend as provided by Rule 55(a);

_____  06/06/23
Mark Clifford Sykes – Affiant      Date
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279

Sworn to and subscribed before me this 10 day of June, 2023.

_Elaine Lopez_
Notary Public Print:

_[signature]_
Signature

> Notary Public - State Of Nevada
> COUNTY OF CLARK
> **ELAINE LOPEZ**
> My Appointment Expires
> April 28, 2026
> No. 22-2729-01

Commission Expires: April 28, 2026

**Record/FILE ON DEMAND**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mark Clifford Sykes,<br><br>                    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>                    Defendant(s). | Case No.: 2:21-cv-01479-RFB-DJA<br><br>**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT AGAINST NATIONAL CRIME INFORMATION CENTER (NCIC)** |

I, **Mark Clifford Sykes**, the Plaintiff, a natural man in this matter being above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times, hereby declare under penalty of perjury that the following facts are true and correct to the best of my knowledge information and belief:

1. I am the Plaintiff in this action;

2. An 2nd amended complaint was filed herein on 10-17-2022 (ECF No. 22) and service of process was had on defendant, National Crime Information Center (NCIC) on or about 5-3-2023 (See...ECF No. 32);

3. This service was completed by the **U.S. Marshalls** and filed on the record on 5-4-2023 (See...ECF No. 32);

4. More than twenty-one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as they had until 5-24-2023 to plead or otherwise defend as provided by Rule 55(a);

5. The record evidences that National Crime Information Center is in default and have failed to appear, plead or otherwise defend in this action in the 21 days required to do so as they had until 5-24-2023;

6. The claims of the plaintiff against defendant, National Crime Information Center.is for a total sum certain of Four Million Dollars ($4,000,000) as specified in plaintiff's 2nd Amended Complaint paragraph 85 (See...ECF No. 22) and presented in invoice attached as **Exhibit 1:**

_____ 06/10/23
Mark Clifford Sykes- Affiant          Date
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279

Sworn to and subscribed before me this _10_ day of June, 2023.

Elaine Lopez
Notary Public Print:

_____
Signature

> Notary Public - State Of Nevada
> COUNTY OF CLARK
> ELAINE LOPEZ
> My Appointment Expires
> No. 22-2729-01    April 28, 2026

Commission Expires: April 28, 2026

**Exhibit 1**

# INVOICE:
## TOTAL SUM DUE AS PRESENTED IN PLAINTIFF'S 2nd AMENDED COMPLAINT

Invoice From: Mark Clifford Sykes  
c/o P.O. Box 91614  
Henderson, Nevada Republic, Zip Exempt [89009]

Contact No. 725-254-0279

| INVOICE NO. | | DATE |
|---|---|---|
| MCS06102023 | | 6/10/2023 |

**Invoice To:**

National Crime Information Center  
1000 Custer Hollow Road  
Clarksburg, West Virginia 26306

| | DESCRIPTION | COMMENT | TOTAL |
|---|---|---|---|
| 1 | Count II - DEFAMATION ("LIBEL") *NRS 200.510 (1) against National Crime Information Center* | Default (Sum claimed in 2nd Amended Complaint Paragraph 85) | $4,000,000 |
| | | Subtotal Due | $4,000,000 |

**Total amount sum due against National Crime Information Center:**   $4,000,000.00

Mark Clifford Sykes  
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained  
c/o P.O. Box 91614  
Henderson, via Nevada Republic, Zip Exempt [89009]  
email: windsorsykes@yahoo.com  
ph. 725-254-0279

**Record/FILE ON DEMAND**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| Mark Clifford Sykes, | Case No.: 2:21-cv-01479-RFB-DJA |
|---|---|
| Plaintiff(s), | |
| v. | **ENTRY OF DEFAULT JUDGMENT BY THE CLERK PERSUANT TO FED. R. OF CIV. P. RULE 55(b)(1) AGAINST NATIONAL CRIME INFORMATION CENTER (NCIC)** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al., | |
| Defendant(s). | |

The defendant, National Crime Information Center (NCIC), having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum certain of $4,000,000; That defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain as requested in Plaintiff's 2nd Amended Complaint;

It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff, Mark Clifford Sykes, recover of the defendant, National Crime Information Center (NCIC) the sum of Four Million Dollars ($4,000,000) from the date of this judgment until the entire amount is paid in full.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

_____, Clerk

By _____
    Deputy Clerk

**Record/FILE ON DEMAND**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mark Clifford Sykes,<br><br>                Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>                Defendant(s). | Case No.: 2:21-cv-01479-RFB-DJA<br><br>ENTRY OF DEFAULT |

It appearing that the amended complaint was filed in this case on 10-17-2022 (ECF No. 22); that the summons and amended complaint were duly served upon the defendant, National Crime Information Center (NCIC) (See…ECF No. 32) on or about 5-3-2023, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, National Crime Information Center (NCIC) as provided in Rule 55(a), of the Federal Rules of Civil Procedure.

_____, Clerk

By _____
                Deputy Clerk

