1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  VIRGINIA T. TOMOVA
   Assistant United States Attorney
4  Nevada Bar No. 12504
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Virginia.Tomova@usdoj.gov
   *Attorneys for the United States of America*

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Clifford Sykes, Sui Juris, | Case No. 2:21-cv-01479-RFB-DJA |
| Plaintiff, | **United States' Motion to Set Aside Clerk's Entry of Default Against National Crime Information Center (NCIC)** |
| v. | |
| Las Vegas Metropolitan Police Department of Clark County Nevada (LVMPD), Officer S. Hunt, badge number P#17602, Officer Smith, badge number P#9643, National Crime Information Center (NCIC), et al. | |
| Defendants. | |

The United States of America moves the Court to set aside the clerk's entry of default against the National Crime Information Center (NCIC) (ECF No. 44) for the following reasons. The United States became very recently aware of the Plaintiff's Second Amended Complaint filed against NCIC (ECF No. 22). NCIC is a computerized index of missing persons and criminal information designated for the rapid exchange between criminal justice agencies, and it is not an agency of the United States. The United States is not a party to the Plaintiff's Second Amended Complaint. The United States has not been served with process under Federal Rule of Civil Procedure 4(i). Nevertheless, out of an abundance of caution and given these deficiencies the United States files the instant motion to terminate default proceedings.

/ / /

Accordingly, there is a good cause to set aside the clerk's entry of default against NCIC under Rule 55(c).

Respectfully submitted this 6th day of July 2023.

>JASON M. FRIERSON
>United States Attorney
>
>  /s/ *Virginia T. Tomova*
>VIRGINIA T. TOMOVA
>Assistant United States Attorney

**Certificate of Service**

I hereby certify that on July 6, 2023, I electronically filed and served the foregoing United States' Motion to Set Aside Clerk's Entry of Default Against National Crime Information Center (NCIC) with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via US Mail to the following persons and/or entities at the following addresses:

Mark Clifford Sykes
P.O. Box 91614
Henderson, NV 89009
*Plaintiff Pro Se*

                                                JASON M. FRIERSON
                                                United States Attorney

                                                */s/ Virginia T. Tomova*
                                                VIRGINIA T. TOMOVA
                                                Assistant United States Attorney