

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mark Clifford Sykes,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>　　　　　Defendant(s). | Case No.: 2:21-cv-01479-RFB-DJA<br><br>MOTION TO ISSUE SUBPOENAS<br>MOTION FOR EXTENSION OF TIME TO SERVE DEFENDNAT OFFICER S. HUNT |

Comes now plaintiff, Mark C. Sykes with his motion to issue subpoenas to the Las Vegas Metropolitan Police Department to get information on Officer S. Hunt as plaintiff has been unsuccessful in trying to skip trace Hunt with the minimum amount of information that the Las Vegas Metropolitan Police department was willing to give such as just his name and that he no longer works their as of September 13, 2022 conveniently after plaintiff filed his initial complaint in court.

Plaintiff hereby moves this court for an order as soon as possible to issues subpoena (See…Exhibit C) to defendant Las Vegas Metropolitan Police department as they are in possession of information needed to properly serve defendant Officer S. Hunt. Should plaintiff be required to sign a waiver stating that the information obtained will only be used to locate and serve the defendant, plaintiff is willing to sign such a waiver. This court should grant plaintiff an extension of time in the amount of 30 days from receipt of the information obtains from the above named defendant to serve the Officer S. Hunt. This motion is not meant to delay as plaintiff has diligently tried to locate officer S. Hunt with the limited information that he has been provided.

.

## CONCLUSION

For the following reasons, Plaintiff prays that the court grants Plaintiff an order directing the clerk of the court to sign his subpoena so that they may be served to the parties and grant plaintiff a 30 day extension of time from the date on the subpoena for plaintiff to serve Officer S. Hunt. Date this 8th day of **August, 2023**.

RESPECTFULLY PRESENTED,

"Without Prejudice"

Mark Clifford Sykes, "proper name" pursuant to **Title 18, sec. 1342**
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by by notification from the court via the CM/ECF system to all Registered users identified on the service list below:

"Without Prejudice"

_/s/ Mark Clifford Sykes_
Mark Clifford Sykes, "proper name" pursuant to **Title 18, sec. 1342**
All Natural Rights/ Constitutional Rights "explicitly" Reserved and Retained
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279