LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*
*and Sergeant Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLIFFORD SYKES, Sui Juris,<br><br>             Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT OF CLARK COUNTY NEVADA, et al.,<br><br>             Defendants. | CASE NO.:   2:21-cv-01479-RFB-DJA<br><br>**LVMPD'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO ISSUE SUBPOENAS AND MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT OFFICER S. HUNT [ECF No. 50]** |

Defendant Las Vegas Metropolitan Police Department and Sergeant Smith (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, file this Response in partial opposition to Plaintiff Mark Sykes's Motion to Issue Subpoenas and for Extension of Time to Serve Defendants, (ECF No. 50). Plaintiff's requested relief—a subpoena ordering LVMPD to disclose Defendant Officer Hunt's personal address—cannot occur because that requested information is confidential under Nevada Revised Statute 289.025. LVMPD can, however,

provide Officer Hunt's last known address to the Court under seal so that service can be attempted by the U.S. Marshal's Service after Plaintiff completes the form needed to do so.

## MEMORANDUM OF POINTS AND AUTHORITIES

I. ARGUMENT

This lawsuit arises from the arrest of Plaintiff Mark Sykes on August 8, 2020. Sykes pursues this lawsuit through *in forma pauperis* status. An ongoing issue here is Sykes's claimed inability to serve Defendant Hunt with process as required by Federal Rule of Civil Procedure 4 because Hunt no longer works for LVMPD and, therefore, cannot be served through LVMPD. Sykes argues that he "has been unsuccessful in trying to skip trace Hunt." So Sykes now asks the Court to step in by issuing him a subpoena that directs LVMPD to provide Hunt's last known address so that Sykes can serve Hunt.

At the outset, the Court should deny Sykes's Motion to the extent he asks the Court to issue a subpoena compelling LVMPD's production of Defendant Hunt's address. Nevada Revised Statute 289.025 expressly shields this information from public disclosure—especially to a pro se party pursuing a civil lawsuit against a current officer or former officer. *See* Nev. Rev. Stat. 289.025(1) ("the home address and any photograph of a peace officer in the possession of a law enforcement agency are not public information and are confidential."); *Kendryna v. United States*, No. 3:18-cv-00415-MMD-WGC, 2018 WL 6435884, at *3 (D. Nev. Dec. 7, 2018) ("The Court finds that Mr. Kendryna's status as a law enforcement officer is a compelling reason to seal Plaintiffs' residential address.").

However, LVMPD will voluntarily provide Defendant Hunt's last known address to the Court under seal so that it may be used by the U.S. Marshal's Service to attempt service of process. That voluntary production can occur once the Court enters an Order granting LVMPD leave to file that information under seal on the docket. LVMPD can then file a Notice of

1  Compliance, after which Plaintiff can receive additional time to complete a Form USM-285 and

2  move for an Order instructing the U.S. Marshal to attempt service of process on the last known

3  address.

## II. CONCLUSION

The Court should deny Plaintiff's Motion to the extent he asks for a court-issued subpoena requiring LVMPD Defendants to disclose Defendant Hunt's last known personal address. The proper action is for the Court to grant LVMPD Defendants leave to file Defendant Hunt's last known address under seal on the docket. Plaintiff can then have a deadline set by the Court to complete the necessary Form USM-285 so that the U.S. Marshal's service can attempt service of process using that last known address.

DATED this 22nd day of August, 2023.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for Defendant Las Vegas Metropolitan Police Department and Sergeant Smith***

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **LVMPD'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO ISSUE SUBPOENAS AND MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT OFFICER S. HUNT [ECF No. 50]** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

Mark Clifford Sykes
P.O. Box # 91614
Henderson, NV 89009

windsorsykes@yahoo.com
*(Via CM/ECF)*

***Plaintiff, Pro Se***

Jason M. Frierson
United States Attorney
Virginia Tomova
Assistant United States Attorney
U.S. Department of Justice
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101
Virginia.tomova@usdoj.gov

***Attorneys for the United States of America***

DATED this 22nd day of August, 2023.

*/s/ Linda Gilman*
an employee of Kaempfer Crowell