LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*
*And Sergeant Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLIFFORD SYKES, Sui Juris, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT OF CLARK COUNTY NEVADA, et al., <br><br> Defendants. | CASE NO.: 2:21-cv-01479-RFB-DJA <br><br> ~~PROPOSED~~ **DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **(Special Scheduling Review Requested)[1]** |

Plaintiff Mark Clifford Sykes ("Plaintiff") in Proper Person along with Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Sergeant Smith (collectively "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Practice 26-1, request the Court enter the following proposed Discovery Plan and Scheduling Order:

---

[1] Special scheduling review is requested for the reasons stated below in Section 7.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3593288_1.doc 6943.289

Page 1 of 6

1. **Meeting**: Plaintiff and counsel for LVMPD Defendants met and conferred telephonically on October 13, 2023. LVMPD Defendants' counsel prepared this proposed Discovery Plan and forwarded it to Plaintiff via electronic mail on October 16, 2023. Plaintiff responded to the e-mail on November 28, 2023, and signed with his electronic signature this proposed Discovery Plan.

2. **Pre-Discovery Disclosures**: The parties shall make their initial disclosures of information required by Fed. R. Civ. P. 26 (a)(1) by **Monday, October 30, 2023**. No changes need be made to the form or requirements of such disclosures.

3. **Areas of Discovery**: Discovery will be conducted on all issues including, but not limited to, all claims and defenses within the scope of the pleadings consistent with the Federal Rules of Civil Procedure and the Local Rules of this district.

4. **Discovery Cut-Off Date**: Discovery shall take 180 days, measured from October 13, 2023, which is the date Plaintiff and counsel for the LVMPD Defendants met and conferred regarding a discovery plan. Accordingly, discovery must be commenced in time to be completed by **Wednesday, April 10, 2024.**

5. **LR 26-1(b)(3) Disclosures (Experts)**: Disclosure of experts shall proceed according to LR 26-1(b)(3), except that:

    [i] The disclosure of experts and expert reports shall occur on **Friday, February 9, 2024**, which is sixty (60) days before the discovery cut-off date; and

    [ii] The disclosure of rebuttal experts and their reports shall occur on **Monday, March 11, 2024**, which is thirty (30) days after the initial disclosure of experts.

6. **Other Items**:

    a. **Amending the Pleadings and Adding Parties**: The parties shall have until **Thursday, January 11, 2024**, to file any motions to amend the pleadings or to add parties. This

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3593288_1.doc  6943.289

Page 2 of 6

is ninety (90) days before the discovery cut-off date and does not exceed the outside limit LR 26-1(b)(2) presumptively sets of not less than ninety (90) days prior to the close of discovery for filing such motions.

      b.    <u>Dispositive Motions</u>:  The parties shall have until **Friday, May 10, 2024,** to file dispositive motion(s).  This is 30 days after the discovery cut-off date and does not exceed the outside limit of 30 days following the discovery cut-off date that LR 26-1(b)(4) presumptively sets for filing dispositive motions.

      c.    <u>Settlement</u>.  The parties have not discussed settlement at this time.

      d.    <u>Pretrial Order</u>:  The joint pretrial order shall be filed by **Monday, June 10, 2024**, which is not later than 30 days after the date set for filing dispositive motions in this case.  In the event a timely dispositive motion is filed, the deadline to submit the joint pretrial order shall be suspended until 30 days after the decision on the dispositive motion or further order of the Court.  The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made in the joint pretrial order.

      e.    <u>Alternative Dispute Resolution</u>:  The parties do not believe that mediation will be beneficial at this time.

      f.    <u>Alternative Forms of Case Disposition:</u>   The parties do not agree on consenting to trial by a magistrate judgment under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 or use of the Short Trial Program pursuant to General Order 2013-01.

      g.    <u>Later Appearing Parties</u>:  A copy of this discovery plan and scheduling order shall be served on any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order shall apply to such later appearing parties, unless a stipulation of the parties is approved by the Court or the Court, on motion for good cause shown, orders otherwise.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3593288_1.doc  6943.289

Page 3 of 6

  h. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>: Pursuant to LR 26-3, a motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order, must in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension; be received by the court no later than twenty-one (21) days before the expiration of the subject deadline; and any request within twenty-one (21) days of the subject deadline must be supported by a showing of good cause. Any request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect. The motion or stipulation to extend a discovery deadline or to reopen discovery must include:

  (a) A statement specifying the discovery completed;

  (b) A specific description of the discovery that remains to be completed;

  (c) The reasons by the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

  (d) A proposed schedule for completing all remaining discovery.

  i. <u>Electronically Stored Information</u>: The LVMPD Defendants intend to present evidence in electronic format to jurors for the purposes of jury deliberations. Such information will be provided in an electronic format compatible with the court's electronic jury evidence display system. *See* LR 26-1(b)(9).

  7. <u>Special Scheduling Review Requested:</u>  Plaintiff and LVMPD Defendants request that deadlines in this case—including the discovery cut-off date—be measured from the day that Plaintiff and LVMPD Defendants conducted their telephonic FRCP 26(f) conference rather than the date that LVMPD Defendants first made an appearance. The reason for this request is that Plaintiff initially did not want to begin a discovery period for this lawsuit until all proper defendants are served and the Court rules on his pending Motion to Amend, (ECF No. 51),

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3593288_1.doc  6943.289

Page 4 of 6

which seeks to add the Federal Bureau of Investigation as a defendant rather than the National Crime Information Center ("NCIC"). Similarly, the position of the United States Attorney's Office is that it cannot participate in discovery on behalf of NCIC because NCIC is not a person or entity subject to liability and the proper party who oversees NCIC (the Federal Bureau of Investigation) is not named as a defendant in the currently operative pleading.

After several months passed without discovery commencing, LVMPD Defendants initiated an FRCP 26(f) conference with Plaintiff in an attempt to begin moving the case forward at least with regard to LVMPD Defendants and Plaintiff.[2]

DATED this 28th day of October, 2023.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
Lyssa S. Anderson
NV Bar # 5781
Kristopher J. Kalkowski
NV Bar # 14892
1980 Festival Plaza Dr. Ste. 650
Las Vegas, Nevada 89135
**Las Vegas Metropolitan Police Department and Sergeant Smith**

DATED this 28th day of November, 2023.

PLAINTIFF

By: /s/ Sykes, Mark-C/agent
For: Mark Clifford Sykes
P.O. Box # 91614
Henderson, NV  89009

*Plainitff, appearing pro se*

**IT IS SO ORDERED**.

DATED: 11/29/2023

Daniel J. Albregts
United States Magistrate Judge

---

[2] There is one Motion currently pending before the Court: the Motion to Set Aside Default filed by the United States Attorney's Office, (ECF No. 47). The Court's Order, (ECF No. 54), denied Plaintiff's motions to amend, (ECF Nos. 51, 52), without prejudice and held that "Plaintiff's proposed amendment is futile because his claims against the FBI would be barred by the doctrine of sovereign immunity."

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3593288_1.doc  6943.289

Page 5 of 6

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

| | |
|---|---|
| Mark Clifford Sykes<br>P.O. Box # 91614<br>Henderson, NV  89009<br><br>windsorsykes@yahoo.com<br>*(Via CM/ECF)*<br><br>***Plaintiff, Pro Se*** | Jason M. Frierson<br>United States Attorney<br>Virginia Tomova<br>Assistant United States Attorney<br>U.S. Department of Justice<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, NV 89101<br>Virginia.tomova@usdoj.gov<br><br>***Attorneys for the United States of America*** |

DATED this 28th day of November, 2023.

*/s/ Linda Gilman*
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3593288_1.doc  6943.289

Page 6 of 6