1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com
   *Attorneys for Defendants*
7  *Las Vegas Metropolitan Police Department*
   *and Sergeant Smith*

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11 MARK CLIFFORD SYKES, Sui Juris,          CASE NO.:   2:21-cv-01479-RFB-DJA

12            Plaintiff,
                                            **STIPULATION TO EXTEND**
13 vs.                                      **DISCOVERY**
                                            **(First Request)**
   LAS VEGAS METROPOLITAN POLICE
14 DEPARTMENT OF CLARK COUNTY
   NEVADA, et al.,
15
              Defendants.
16

17          IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery

18 cut-off date of April 10, 2024, be continued for a period of sixty-one days up to and including

19 **Monday, June 10, 2024**,[1] for the purpose of allowing the parties to conduct additional written

20 discovery and obtain records from third-party organizations.

21 **I.     DISCOVERY COMPLETED TO DATE**

22          Discovery began on November 29, 2023. (Scheduling Order, ECF No. 61).   LVMPD

23 _____

24 [1]  Sixty days from April 10, 2024, is Sunday, June 9, 2024.  Accordingly, the following Monday,
   June 10, 2024, would become the discovery cutoff date.

Defendants produced their initial disclosures on January 10, 2024.  Plaintiff started with written discovery through Requests for Admissions, Interrogatories, and Requests for Production of Documents served to LVMPD Defendants on January 16, 2024.  Likewise, LVMPD Defendants served Interrogatories, Requests for Admissions, and Requests for Production of Documents to Plaintiff on January 25, 2024.

LVMPD produced a first supplemental disclosure on February 12, 2024.  The parties have responded to each others initial written discovery requests.

On March 19, 2024, Plaintiff served a second set of Requests for Production of Documents, Requests for Admissions, and Interrogatories to LVMPD Defendants.  On March 29, 2024, the parties held a meet and confer to address the sufficiency of responses to written discovery.  The parties reached an agreement in the form of Plaintiff agreeing to provide supplemental responses to LVMPD Defendants' prior written discovery requests—particularly with regard to information about his prior convictions.

## II.     DISCOVERY YET TO BE COMPLETED

The parties met and conferred on March 29, 2024, during which Plaintiff agreed to provide supplemental responses to LVMPD Defendants' written discovery requests.  Plaintiff requested records for his criminal history through public records requests but has not received responsive documents yet.   He intends to produce responsive documents when non-party organizations respond with his requested records.

## III.     REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The Parties submit this Stipulation to Extend Discovery (first request) before the current discovery cutoff date.  Accordingly, a standard of "good cause" governs. D. Nev. Local Rule 26-3.  Good cause "primarily considers the diligence" of the parties seeking the extension. *Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (explaining that "[t]he district

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Stipulation to Extend Discovery.DOC  6943.289

Page 2 of 6

1   court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the

2   party seeking the extension.") (internal quotations omitted).

3         Here, the parties engaged in discovery during the time provided by the Court through

4   LVMPD Defendants' disclosures and written discovery requests.  The parties intended to

5   complete all discovery efforts by the current deadline of April 10, 2024.  However, the parties

6   engaged in meet-and-confer efforts in March 2024 to resolve the ongoing need for criminal

7   records related to Plaintiff's prior convictions and records from courts that may have relevant

8   materials.  Plaintiff represents that he has requested such records, but has not received responsive

9   documents yet.  Additional time for discovery is therefore necessary so that Plaintiff can receive

10  the requested records then produce them to LVMPD Defendants.

11        The parties anticipate that it will take approximately sixty-one more days to obtain and

12  review expected documents as well as a schedule Plaintiff's deposition.  The parties submit that

13  these collective reasons satisfy the applicable good cause standard imposed by Local Rule 26-3

14  for a first extension of discovery.

15  **IV.    PROPOSED EXTENDED DEADLINES**

16        The parties respectfully request this Court enter an order as follows:

17

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cut Off | April 10, 2024 | June 10, 2024 |
| Disclosure of Experts | Expired | Not Extending |
| Disclosure of Rebuttal Experts | Expired | Not Extending |
| Dispositive Motion Deadline: | May 10, 2024 | July 9, 2024 |
| Pre-Trial Order | June 10, 2024 | August 9, 2024 |

23      **(A)    Motions in Limine/*Daubert* Motions.**

24        Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Stipulation to Extend Discovery.DOC  6943.289

Page 3 of 6

1  served 30 days prior to the commencement of Trial.  Oppositions shall be filed and served 14

2  days thereafter.  Reply briefs will be allowed only with leave of the Court.

3          **(B)**      **Pretrial Order.**

4          Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later

5  than thirty days after the date set for filing dispositive motions, unless dispositive motions are

6  filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days

7  after the decision on the dispositive motions or further order of this Court.  The disclosures

8  required by FRCP 26(a)(3) and any objections shall be included in the final pretrial order.

9          **(C)**      **Extensions or Modification of the Discovery Plan and Scheduling Order.**

10          In accordance with LR 26-3, applications to extend any date set by the discovery plan,

11  scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be

12  supported by a showing of good cause for the extension.  All motions or stipulations to extend a

13  deadline set forth in a discovery plan shall be received by the Court not later than 21 days before

14  the expiration of the subject deadline.  A request made after the expiration of the subject deadline

15  shall not be granted unless the movant demonstrates that the failure to set was the result of

16  excusable neglect.  Any motion or stipulation to extend a deadline or to reopen discovery shall

17  include:

18          (a)      A statement specifying the discovery completed;

19          (b)      A specific description of the discovery that remains to be completed;

20          (c)      The reasons why the deadline was not satisfied or the remaining discovery was

21  not completed within the time limits set by the discovery plan; and

22          (d)      A proposed scheduled for completing all discovery.

23          The parties submit that good cause exists for an additional extension of the discovery

24  deadlines.  The parties have acted in good faith and are attempting to complete discovery as

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Stipulation to Extend Discovery.DOC  6943.289

Page 4 of 6

1   expeditiously as possible.  This brief extension will not impede this matter and, in fact, will assist

2   all parties to complete all necessary discovery.  Trial has not been set and dispositive motions

3   have not been filed yet.

4   DATED this 2nd day of April, 2024.

5   By:  */s/ Lyssa S. Anderson*
           Lyssa S. Anderson (SBN 5781)
6          Kristopher J. Kalkowski (SBN14892)          **IT IS SO ORDERED.**
           1980 Festival Plaza Drive, Suite 650
7          Las Vegas, Nevada  89135
           ***Attorneys for Defendants,***                DATED this 8th  day of April, 2024.
8          ***Las Vegas Metropolitan Department,***
           ***Vanessa Mitchell, and Don'te***
9          ***Mitchell***
                                                         _____
10                                                       UNITED STATES MAGISTRATE
                                                         JUDGE
11  DATED this 8th day of February, 2024.

12  By:  */s/ Sykes, Mark C. Yegen*
           Mark Clifford Sykes
13         P.O. Box # 91614
           Henderson, NV  89009
14         ***Plaintiff, Pro Se***

15

16

17

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I

caused the foregoing **STIPULATION TO EXTEND DISCOVERY (First Request)** to be

served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

| | |
|---|---|
| Mark Clifford Sykes | Jason M. Frierson, United States Attorney |
| P.O. Box # 91614 | Virginia Tomova, Assistant United States Attorney |
| Henderson, NV  89009 | U.S. Department of Justice |
| | 501 Las Vegas Blvd. So., Suite 1100 |
| windsorsykes@yahoo.com | Las Vegas, NV 89101 |
| *(Via CM/ECF)* | Virginia.tomova@usdoj.gov |

***Plaintiff, Pro Se***          ***Attorneys for the United States of America***

DATED this <u>4th</u> day of April, 2024.


     /s/
       an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Stipulation to Extend Discovery.DOC  6943.289

Page 6 of 6