# EXHIBIT E

# Register of Actions

# EXHIBIT E

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search  Back        Location : Justice Court  Help

# REGISTER OF ACTIONS
## CASE NO. 20-PC-016441

| | | |
|---|---|---|
| State of Nevada vs. SYKES, MARK CLIFFORD | § § § § § | Case Type: **Gross Misdemeanor CR**<br>Date Filed: **08/09/2020**<br>Location: |

---

### PARTY INFORMATION

**Lead Attorneys**

**Defendant**  **SYKES, MARK CLIFFORD**
Other Agency Numbers
1365985 Justice Court Scope ID Subject
Identifier, XJ7F0BAB XID Subject Identifier,
1365985 Scope ID Subject Identifier

**State of Nevada**  **State of Nevada**

---

### CHARGE INFORMATION

| Charges: SYKES, MARK CLIFFORD | Statute | Level | Date |
|---|---|---|---|
| 999. Unlaw use of emerg phone number (911) [53173] | 207.245 | Gross Misdemeanor | 08/08/2020 |
| 999. Fail by conv pers to comply w/ NRS 179C reqs [56759] | COUNTY | Misdemeanor | 08/08/2020 |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

08/09/2020 **Disposition** (Judicial Officer: Ferreira, Amy)
  999. Unlaw use of emerg phone number (911) [53173]
    DA Denial
  999. Fail by conv pers to comply w/ NRS 179C reqs [56759]
    DA Denial

**OTHER EVENTS AND HEARINGS**

08/09/2020 **Original Track Assignment JC07**
08/09/2020 **DA Request for Prosecution**
  *Request for Prosecution Sent to DA*
08/09/2020 **Case Assignment Sent**
  *Case Assignment Sent*
08/09/2020 **Initial Appearance Justice Court (PC Review)** (1:30 PM) (Judicial Officer Ferreira, Amy)
  Result: Matter Heard
08/09/2020 **Probable Cause Review Packet - Initial Appearance Court**
08/09/2020 **Nevada Risk Assessment Tool**
08/09/2020 **Not Released NPR**
08/09/2020 **Defendant not Transported**
  *Not processed.*
08/09/2020 **Probable Cause Found**
08/09/2020 **Counsel Provisionally Appointed**
  *M. Pensabene, Esq., Public Defender provisionally appointed for limited purposes of first appearance hearing.*
08/09/2020 **Bail Argument Not Heard**
  *The Court has not heard arguments from the prosecution and defense counsel regarding custody of the Defendant.*
08/09/2020 **DA Denial**
08/09/2020 **Released from Custody - DA Denial**
08/09/2020 **Minute Order - Initial Appearance**

LVMPD000226