# EXHIBIT F

# Housing History Report

# EXHIBIT F

# Housing History Inmate

ate ange: 8/9/2020 to 8/9/2020  Inmate ID: 1365985

ast Name: SYKES          First Name: MARK

| Booking Begin | Booking End | Assign Date | Time | Housing | Rsn | User ID |
|---|---|---|---|---|---|---|
| 8/9/2020 | 8/9/2020 | 8/9/2020 | 18:57 | LVMPD-CB-OB | NO | K10123B |
| | | 8/9/2020 | 01:50 | LVMPD-CB-Z02 | NO | D16196S |
| | | 8/9/2020 | 01:41 | LVMPD-CB-OB | NO | D16196S |
| | | 8/9/2020 | 01:31 | LVMPD-PREBK | | XTAG_OWNER |