1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
5  Fax:           (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com

7  *Attorneys for Defendants*
   *Las Vegas Metropolitan Police Department*
8  *and Sergeant Smith*

9
                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA
11

12  MARK CLIFFORD SYKES, Sui Juris,            CASE NO.:   2:21-cv-01479-RFB-DJA

               Plaintiff,
13  vs.                                        **LVMPD DEFENDANTS' NOTICE OF
                                               MANUAL FILING**
14  LAS VEGAS METROPOLITAN POLICE              **[ECF No. 75]**
    DEPARTMENT OF CLARK COUNTY
15  NEVADA, et al.,

16             Defendants.

17

18         Defendants Las Vegas Metropolitan Police Department and Sergeant Smith ("LVMPD

19  Defendants"), by and through their counsel, Kaempfer Crowell, file their notice of manual filing

20  pursuant to Local Rule IC 1-1(d) which provides as follows:

21         A "Notice of Manual Filing" must be filed electronically when a document or
           other item is filed in person at the clerk's office. The notice must include: (1) a
22         description of the item, e.g., DVD, CD, map, etc.; (2) the size of the item, e.g.,
           number of pages, discs, maps, etc.; and (3) references to other documents filed in
23         the case that the document or item supports. A copy of the electronically-filed
           notice must be attached to the item being manually filed in the clerk's office.

24

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3773325_1.doc  6943.289

Page 1 of 3

1     The item to be manually filed is one DVD containing three video recordings for Exhibit

2 B – body camera footage titled "467-5," "497-6," and "467-7." The video recording is

3 referenced in the Motion for Summary Judgment (ECF No. 75).

4     These video files were produced to Plaintiff in the normal course of discovery.

5     DATED this <u>16th</u> day of July, 2024.

                    KAEMPFER CROWELL

By:   */s/ Lyssa S. Anderson*
      LYSSA S. ANDERSON (Nevada Bar No. 5781)
      KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
      1980 Festival Plaza Drive, Suite 650
      Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Sergeant Smith*

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3773325_1.doc  6943.289

Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **LVMPD DEFENDANTS' NOTICE OF MANUAL FILING [ECF No. 75]** to be served via CM/ECF and First Class Mail addressed to the following:

| | |
|---|---|
| Mark Clifford Sykes<br>P.O. Box 674<br>Russellville, AR  72801<br><br>windsorsykes@yahoo.com<br>*(Notice via CM/ECF with copy of Notice and Disk via U.S. Mail)* | Clerk of the Court<br>United States District Court<br>District of Nevada<br>333 Las Vegas Blvd South<br>Las Vegas, NV  89101<br>*(Notice via CM/ECF with copy of Notice and Disk via U.S. Mail)* |

***Plaintiff, Pro Se***

DATED this 16th day of July, 2024.

/s/ _____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3773325_1.doc  6943.289

Page 3 of 3