AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARK CLIFFORD SYKES,

                                  JUDGMENT IN A CIVIL CASE

          Plaintiff,

v.

                                Case Number: 2:21-cv-01479-RFB-DJA

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

          Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered on behalf of the Defendants Las Vegas Metropolitan Police Department et al.,

4/8/2025
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk