## ITEMIZATION OF BILL OF COSTS
*Sykes v. Las Vegas Metropolitan Police Department, et al.*
**Case No. 2:21-cv-01479-RFB-DJA**

**Transcripts (included as "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case" on Bill of Costs):**

| | | |
|---|---|---|
| Certified Copy of Transcript of Plaintiff's June 13, 2024 Deposition | $ 1,049.65 | Ex. A |
| **TOTAL** ........................................................................................ | **$ 1,049.65** | |