# EXHIBIT A

**Fees for printed or electronically recorded transcripts**

EXHIBIT A

**Lexitas**
400 South Seventh Street Suite 400
Las Vegas, NV 89101
Phone: 702-476-4500



Kristopher J. Kalkowski
Kaempfer Crowell - Las Vegas
1980 Festival Plaza Drive
Suite 650
Las Vegas, NV 89135

## Invoice #73387

| Date | Terms |
|---|---|
| 06/13/2024 | Net 21 |

### Job #56940 on 05/29/2024 at 10:00 AM PT

**Case:** Mark Clifford Sykes v. Las Vegas Metropolitan Police Department, et al.
**Docket#:** 2:21-cv-01479-RFB-DJA
**Shipped On:** 06/12/2024
**Shipped Via:** Courier
**Delivery Type:** Standard

### Description

Original Transcript of Mark Clifford Sykes  Vol: I

| | |
|---|---|
| Amount Due: | $ 1,049.65 |
| Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 1,049.65 |
| Payment Due: | 07/04/2024 |

**IF PAYING AFTER PAYMENT DUE DATE, AMOUNT DUE IS:**   $ 1,154.62

PLEASE REMIT PAYMENT TO:
Lexitas
P.O. Box 734298, Dept. 2036
Dallas, TX  75373-4298

PAY ONLINE at https://www.lexitaslegal.com/

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits.  All invoices payable upon receipt.  Past-due accounts are subject to a late fee and accrue interest at a rate of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 30 days.  Payment is not contingent upon client or insurance carrier reimbursement.

EIN:  46-4363191
Lexitas operates in all 50 states and is licensed where required, Nevada registration #116F.  Thank you for your business!